UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23231-CIV-ALTONAGA/Reid

**TUSHBABY, INC.**,

    Plaintiffs,
v.

**COZYONE SHOP**,

    Defendant.
_____/

### ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related Case Number **24-20941-CIV-LEIBOWITZ**, and subject to the consent of the Honorable David S. Leibowitz, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge David S. Leibowitz for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 27th day of August, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

After reviewing the record, the undersigned hereby accepts the transfer of this action. Additionally, this case involves the same subject matter and claims pending before the undersigned in Case No. 24-cv-20941-DSL.  Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **CONSOLIDATED** with **Case No. 24-cv-20941-DSL**.  All pleadings filed after this date shall be filed under Case No. 24-cv-20941-DSL.

2. The Clerk shall **CLOSE** Case No. 24-cv-23231-DSL for administrative purposes only.

**DONE AND ORDERED** in the Southern District of Florida this 27th day of August, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record